JOHN W. HUBER, United States Attorney (#7226)
JAMIE Z. THOMAS, Assistant United States Attorney (#9420)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682



FILED
U.S. DISTRICT COURT

2020 SEP -9 P 1:18

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

SEALED

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN DAVID LUCERO,<br><br>Defendant. | INDICTMENT<br><br>Count I – Influencing Federal Official by Threat, **18 U.S.C. § 115(a)(1)(B)**<br><br>Case: 2:20-cr-00305<br>Assigned To : Nielson, Howard C., Jr<br>Assign. Date : 9/9/2020<br>Description: |

The Grand Jury Charges:

## COUNT I
### 18 U.S.C. § 115(a)(1)(B)
### Influencing Federal Official by Threat

On or about June 7, 2020, in the Central Division of the District of Utah,

### RYAN DAVID LUCERO,

defendant herein, did threaten to assault and murder L.W., a Department of Veterans

Affairs Police Officer, with intent to impede, intimidate, and interfere with L.W. while he

was engaged in the performance of official duties, and with intent to retaliate against L.W.,

on account of the performance of his official duties;

//

all in violation of 18 U.S.C. § 115(a)(1)(B).

A TRUE BILL:

/s/

FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

JAMIE Z. THOMAS
Assistant United States Attorney

2